STATE OF NORTH CAROLINA v. DAN BRINKLEY GODWIN

No. 7314SC196

(Filed 14 March 1973)

Criminal Law § 23— appeal from guilty plea
    Defendant's plea of guilty to felonious receiving was freely, understandingly and voluntarily made, and the acceptance of the plea will not be disturbed on appeal.

APPEAL by defendant from *Tillery, Judge,* 23 October 1972 Session of Superior Court held in DURHAM County.

By a three-count bill of indictment proper in form defendant was charged with (1) felonious breaking and entering, (2) felonious larceny, and (3) felonious receiving of certain particularly described chattels of the value of $740.00, well knowing said chattels to have been feloniously stolen. Represented by court-appointed counsel, defendant pled guilty to the charge contained in the third count. From judgment sentencing defendant to prison for a term of not less than three nor more than five years, with recommendation for work release, defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General James E. Magner, Jr. for the State.*

*Lina Lee S. Stout for defendant appellant.*

PARKER, Judge.

Before accepting the plea, the trial judge examined defendant and found his plea was freely, understandingly and volun-

tarily made. Defendant's signed transcript of plea supports these findings. The acceptance of the plea will not be disturbed on this appeal. *State v. Roberts,* 279 N.C. 500, 183 S.E. 2d 647; *State v. Witherspoon,* 279 N.C. 490, 183 S.E. 2d 552. We have carefully examined the record and find

No error.

